# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Job #:** 34510

DINO ANTOLONI

*Plaintiff(s)*

**Index Number:** 1:18-CV-10767

**Date Filed:**

CHRISTOPHER AND SEVEN REALTY LLC, ET AL

*Defendant(s)*

**Client's File No.:**

**Court Date:**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**DWAYNE THOMAS**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/30/2018**, at **9:56 AM** at: **145 HUGUENOT STREET, ROOM-503, NEW ROCHELLE, NY 10801** Deponent served the within **SUMMONS IN A CIVIL ACTION, JURY TRIAL REQUESTED, EXHIBIT(S)**
On: **CHRISTOPHER AND SEVEN REALTY LLC**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to MICHELLE DOE (RECEPTIONIST) personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 12/03/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, **145 HUGUENOT STREET, ROOM-503, NEW ROCHELLE, NY 10801** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
**Certified & First Class Mail #**

☒ **#6 DESCRIPTION**
**Sex**: Female  **Color of skin**: BROWN  **Color of hair**: BLACK  **Glasses**:
**Age**: 29 - 35 Yrs.  **Height**: 5' 4" - 5' 8"  **Weight**: 131-160 Lbs.  **Other Features**:

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

TAMARA TOWSHIN ALAM
Notary Public, State of New York
Registration No. 01AL6369961
Qualified in Kings County
Commission Expires  January 22, 2022

Sworn to before me on 12/26/2018

_____
DWAYNE THOMAS
2067476

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Job #:** 34511

| | |
|---|---|
| DINO ANTOLONI *Plaintiff(s)* | **Index Number:** 1:18-CV-10767 |
| | **Date Filed:** |
| CHRISTOPHER AND SEVEN REALTY LLC, ET AL *Defendant(s)* | **Client's File No.:** |
| | **Court Date:** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**JOSHUA BURKE**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of .

On **12/1/2018**, at **4:53 PM** at: **57-59 CHRISTOPHER STREET- KETTLE OF FISH, NEW YORK, NY 10014** Deponent served the within **SUMMONS IN A CIVIL ACTION, JURY TRIAL REQUESTED, EXHIBIT(S)**
On: **PATRICK DALEY**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to JOHN DOE (CO-WORKER) () a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☐ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to  personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 12/03/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, **57-59 CHRISTOPHER STREET- KETTLE OF FISH, NEW YORK, NY 10014** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
**Certified & First Class Mail #**

☒ **#6 DESCRIPTION**
**Sex:** Male  **Color of skin:** CAUCASIAN  **Color of hair:** BLONDE  **Glasses:**
**Age:** 35  **Height:** 5ft 4in - 5ft 8in  **Weight:** 161-200 Lbs.  **Other Features:**

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Individual did want to accept papers or give his name.

TAMARA TOWSHIN ALAM
Notary Public, State of New York
Registration No. 01AL6369961
Qualified in Kings County
Commission Expires  January 22, 2022

Sworn to before me on 12/03/2018

NOTARY PUBLIC

JOSHUA BURKE
2074221

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Job #:** 34512

*Plaintiff(s)*

DINO ANTOLONI

**Index Number:** 1:18-CV-10767

**Date Filed:**

CHRISTOPHER AND SEVEN REALTY LLC, ET AL    *Defendant(s)*

**Client's File No.:**

**Court Date:**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS, SS.:
**JOSHUA BURKE**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of .

On **12/1/2018**, at **4:53 PM** at: **57-59 CHRISTOPHER STREET- KETTLE OF FISH, NEW YORK, NY 10014** Deponent served the within **SUMMONS IN A CIVIL ACTION, JURY TRIAL REQUESTED, EXHIBIT(S)**
On: **15 ACRES INC.**, therein named.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having visited there

☒ **Corporation or Partnership or Trust or LLC**
By delivering thereat a true copy of each to JOHN DOE (CO-WORKER) personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described in said aforementioned document as said defendant and knew said individual to be thereof.

☒ **#5 MAILING**
On 12/03/2018, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [X] Actual Place of Business, **57-59 CHRISTOPHER STREET- KETTLE OF FISH, NEW YORK, NY 10014** and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.
Certified & First Class Mail #

☒ **#6 DESCRIPTION**
**Sex:** Male  **Color of skin:** CAUCASIAN  **Color of hair:** BLONDE  **Glasses:**
**Age:** 35  **Height:** 5ft 4in - 5ft 8in  **Weight:** 161-200 Lbs.  **Other Features:**

☒ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☒ **#9 OTHER**
Individual did not want to accept papers or give his name

TAMARA TOWSHIN ALAM
Notary Public, State of New York
Registration No. 01AL6369961
Qualified in Kings County
Commission Expires   January 22, 2022

Sworn to before me on 12/03/2018

NOTARY PUBLIC

JOSHUA BURKE
2074221

SERVABLE LEGAL SUPPORT CO. 808 UNION STREET, SUITE 3A BROOKLYN, NY 11215 646-363-5527