UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DINO ANTOLINI,

                                                                          Docket No.:  18-CV-10767
                    Plaintiff,                                          (JMF)

   -against-

CHRISTOPHER & SEVENTH REALTY LLC,
PATRICK DALEY and 15 ACRES INC.,                **NOTICE OF APPEARANCE**

                                       Defendants.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that Michael A. Miranda hereby appears on behalf of the Defendants PATRICK DALEY and 15 ACRES INC. in the above-entitled action.  This does not constitute a waiver of jurisdictional and/or service defenses.

Dated:  Mineola, New York
        December 27, 2018                MIRANDA SAMBURSKY SLONE SKLARIN
                                              VERVENIOTIS, LLP
                                              Attorneys for Defendants
                                              PATRICK DALEY and 15 ACRES INC.

                                         By:_____
                                              Michael A. Miranda, Esq.
                                              The Esposito Building
                                              240 Mineola Boulevard
                                              Mineola, New York 11501
                                              (516) 741-7676

To:  All Counsel via ECF