```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DINO ANTOLINI,                                                         :
                                                                       :
                              Plaintiff,                               :    18-CV-10767 (JMF)
                                                                       :
              -v-                                                      :    SCHEDULING ORDER
                                                                       :
CHRISTOPHER & SEVENTH REALTY, LLC, et al.,                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On December 27, 2018, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). Docket No. 17. Later on December 27, 2018, counsel filed a notice of appearance on behalf of Defendants 15 Acres, Inc., and Patrick Daley. Docket No. 18. To date, however, Defendants have not answered.

It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **January 18, 2019**. Defendants 15 Acres and Christopher & Seventh Realty, LLC, are cautioned that a corporation and a limited liability company may only appear in federal court through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where a corporation and limited liability company "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

It is further ORDERED that Defendants appear and show cause before this Court, Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, on **March 7, 2019**, at **2:45 p.m.** (the time previously scheduled for the initial pretrial conference, *see* Docket No. 7), why an order should not be issued granting a default judgment against Defendants. Prior to that date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

It is further ORDERED that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order by **January 7, 2019**, and promptly file proof of such service on the docket.

Finally, it is further ORDERED that the initial pretrial conference scheduled for March 7, 2019 is adjourned *sine die* (and that time will now be used for the default judgment hearing, as ordered above).

SO ORDERED.

Dated: January 2, 2019
      New York, New York
                                       JESSE M. FURMAN
                                     United States District Judge