UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DINO ANTOLINI,

                                         Docket No.: 18-CV-10767
                Plaintiff,                                    (JMF)

   -against-

CHRISTOPHER & SEVENTH REALTY LLC,
PATRICK DALEY and 15 ACRES INC.,        **NOTICE OF APPEARANCE**

                                  Defendants.
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that Maurizio Savoiardo hereby appears on behalf of the Defendants CHRISTOPHER & SEVENTH REALTY LLC, PATRICK DALEY and 15 ACRES INC. in the above-entitled action. This does not constitute a waiver of jurisdictional and/or service defenses.

Dated:  Mineola, New York
           January 23, 2019                 MIRANDA SLONE SKLARIN
                                                   VERVENIOTIS, LLP
                                                   Attorneys for Defendants
                                                    CHRISTOPHER & SEVENTH REALTY LLC,
                                                    PATRICK DALEY and 15 ACRES INC.

                                           By:_____
                                                  Maurizio Savoiardo
                                                  The Esposito Building
                                                  240 Mineola Boulevard
                                                  Mineola, New York 11501
                                                  (516) 741-7676

To:  All Counsel via ECF