UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x   Index No.: 1:18-cv-10767
DINO ANTOLINI                                                               (ECF)

                Plaintiff,

                                                                                                          **NOTICE OF**
      v.                                                                                     **APPEARANCE**

CHRISTOPHER & SEVENTH REALTY LLC,
PATRICK DALEY AND 15 ACRES, INC.

                Defendant (s),
------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Defendant, Christopher & Seventh Realty LLC, hereby appears in the above-entitled action and that the undersigned have been retained as attorneys for said Defendant and demand that all papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
          February 5, 2019

                                              EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK
                                              Attorneys for Defendant
                                              **Christopher & Seventh Realty LLC**
                                              Eustace, Marquez, Epstein, Prezioso & Yapchanyk
                                              55 Water Street, 28th Floor
                                              New York, New York 10041
                                              (212) 612-4200

                                              By: _____
                                                   Rhonda L. Epstein

TO:

Finkelstein Law Group, PLLC
Attorneys for Plaintiff
Dino Antolini
338 Jericho Turnpike
Syosset, New York 11791

Index No.: 1:18-cv-10767 (ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DINO ANTOLINI

                Plaintiff,

     -against-

CHRISTOPHER & SEVENTH REALTY LLC,
PATRICK DALEY AND 15 ACRES, INC.

                Defendant (s),

## NOTICE OF APPEARANCE

**EUSTACE, MARQUEZ, EPSTEIN, PREZIOSO & YAPCHANYK**
Attorneys for Defendant
**Christopher & Seventh Realty LLC**
Office and Post Office Address
55 Water Street, 28th Floor
New York, New York 10041
(212) 612-4200