### EUSTACE, EPSTEIN, PREZIOSO & YAPCHANYK
#### ATTORNEYS AT LAW

| | | |
|---|---|---|
| EDWARD M. EUSTACE<br>RHONDA L. EPSTEIN<br>RICHARD C. PREZIOSO<br>CHRISTOPHER M. YAPCHANYK<br>Craig J. Billeci<br>_____<br>PAUL A. TUMBLESON<br>REGINE DELY-LAZARD<br>LAUREN S. YANG<br>MAUREEN E. PEKNIC<br>GREGORY R. BENNETT<br>TIMOTHY S. CARR<br>ANTHONY J. TOMARI<br>Nathalie C. Hackett | 55 Water Street • 28th Fl.<br>New York, NY 10041<br>TEL (212) 612-4200<br>FAX (212) 612-4284<br><br>Not a Partnership or Professional Corporation | THOMAS B. FERRIS<br>TERENCE H. DeMARZO<br>ROBERT M. MAZZEI<br>Robert M. Michell<br>MILES A. LINEFSKY<br>DANIEL P. ROCCO<br>Michael S. Munger<br><br>OF COUNSEL<br>PETER T. Mensching<br>Alan J. Harris<br>Joshua A. Yahwak<br>Brendan Hennessy<br>Jonathan E. Hill |

March 19, 2019

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
500 Pearl Street
New York, New York 10007

Re:  **ANTOLINI V. CHRISTOPHER & SEVENTH REALTY LLC**
     Case No. 1:18-cv-10767

Dear Sir/Madame:

Please note our new firm name is *Eustace, Epstein, Prezioso & Yapchanyk*. Going forward, please ensure that all correspondence is addressed to our firm as reflected on our letterhead.

Thank you for your attention to this matter.

Very truly yours,

*Rhonda R. Epst*
Rhonda Epstein