UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,

                              Docket No.: 18-CV-10767 (JMF)

            Plaintiff,

  -against-

                              STIPULATION OF DISMISSAL

CHRISTOPHER & SEVENTH REALTY LLC,
PATRICK DALEY and 15 ACRES INC.,

            Defendants.

------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that the above-captioned action is hereby discontinued with prejudice and without costs as to any party against any other party; and

    IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be executed in counterparts and via facsimile or electronic signature and said signatures shall have the same force and effect as though original signatures

Dated: Mineola, New York
         May 2Y, 2019

| | |
|---|---|
| Stuart H. Finkelstein, Esq. | Michael A. Miranda, Esq. |
| FINKELSTEIN LAW GROUP, PLLC | Maurizio Savoiardo, Esq. |
| *Attorneys for Plaintiff* | MIRANDA SLONE SKLARIN |
| 338 Jericho Turnpike | VERVENIOTIS, LLP |
| Syosset, New York 11791 | *Attorneys for Defendants* |
| | 240 Mineola Boulevard |
| | Mineola, New York 11501 |

SO-ORDERED:
_____
June 21, 2019

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.